IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BENNY RAY KING, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:11-cv-0186-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **O R D E R**

On April 3, 2013, the Magistrate Judge filed a Recommendation (Doc. #33) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The 28 U.S.C. § 2255 motion filed by King is DENIED, as it was filed after expiration of the one-year limitation period in 28 U.S.C. § 2255(f) and the claims therein entitle him to no relief.

DONE this the 2nd day of May, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE